[08/21/00]

Order Entered on
October 28, 2013
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Jesus Martinez Montijo

Irma Montijo

BANKRUPTCY NO. 13-00990-MM-7

Debtor.

## ORDER VACATING DISCHARGE OF DEBTOR
## ENTERED ON 5/13/13

It appearing through inadvertence that a DISCHARGE OF DEBTOR was entered in the within case on 5/13/13   and It further appearing that: an Order for Conversion was signed and entered on 10/23/2013

and that the DISCHARGE OF DEBTOR should be vacated and set aside, now and for good cause showing,

IT IS HEREBY ORDERED that the DISCHARGE OF DEBTOR entered on 5/13/13   be, and is hereby vacated and set aside.

//

//

//

DATED:   October 28, 2013

_____
Judge, United States Bankruptcy Court

cc: Debtor, Trustee, Attorney for Debtor